Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,  BRADLEY JAMES GHILARDUCCI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:13-CR-00241- LJO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING AND ORDER THEREON**  (note time change) |
| v. | |
| BRADLEY JAMES GHILARDUCCI, | Date:  December 16, 2013 |
| Defendant. | Time:  8:30 a.m. Judge: Honorable Lawrence J. O'Neill   United States Magistrate |

## STIPULATION

It is hereby stipulated by and between the parties hereto that the change of plea hearing in the above entitled matter now set for December 16, 2013, may be continued to January 27, 2014 at 8:30 a.m..

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists for the continuance because since originally calendaring the hearing for

1

December 16, 2013, a material revision to the proposed plea agreement has been made pursuant to the request of the defense. Because of scheduling conflicts with defense counsel's calendar and because the defendant resides in Bakersfield and does not drive, defense counsel will need approximately two weeks to review the final agreement with the defendant. Because of calendar conflicts, the best day for scheduling the change of plea hearing for the revised plea agreement is January 27, 2014 at 8:30 a.m.

DATED: December 11, 2013    FLETCHER & FOGDERUDE, INC.

    /s/ Eric K. Fogderude    .
ERIC K. FOGDERUDE
Attorney for Defendant, DOUGLAS SHORT

DATED: December 11, 2013    Benjamin B. Wagner

United States Attorney

/s/ Michael Tierney    .
MICHAEL TIERNEY
Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the court grants the stipulation that the change of plea hearing be continued from December 16, 2013 at 8:30 a.m. to January 27, 2014 at 8:15 a..m. before the undersigned.

IT IS SO ORDERED.

Dated:  **December 11, 2013**    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

3